**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

B.K., N.Z., and R.P., *individually and on behalf of all others similarly situated*,

Plaintiffs,

v.

DESERT CARE NETWORK; DESERT REGIONAL MEDICAL CENTER, INC.; JFK MEMORIAL HOSPITAL, INC.; PALM BEACH HEALTH NETWORK; PALM BEACH GARDENS COMMUNITY HOSPITALS, INC. d/b/a PALM BEACH GARDENS MEDICAL CENTER; TENET HEALTHCARE CORP.; and TENET HEALTHSYSTEM MEDICAL, INC.,

Defendants.

Case No. 2:23-cv-05021-SPG-PD

**ORDER GRANTING JOINT STIPULATION TO CONTINUE STAY PENDING FINAL APPROVAL OF CLASS SETTLEMENT IN PARALLEL ACTION**
**[ECF NO. 93]**

Before the Court is the parties' Joint Stipulation to Continue Stay Pending Final Approval of Class Settlement. (Stip., ECF No. 93.) The Parties assert that they have reached a settlement in this action, as part of a global settlement regarding similar cases pending in multiple jurisdictions. (Stip. at 2.) The Parties claim that they have filed an unopposed motion for preliminary settlement in a parallel case in a Tennessee state court, *Jane Doe v. Amisub (SFH), Inc. d/b/a Saint Francis Hospital*

– *Memphis*, No. CT-3086-23, and that the judge presiding over this action has entered a preliminary approval order regarding the settlement. (Stip at 2.) The Parties assert that a hearing for final approval of the class settlement in that action is scheduled to take place on January 14, 2027. (Stip. at 2.) Accordingly, the Parties request that the Court continue the stay in this action until January 21, 2027.

Having considered the Stipulation, and finding good cause therefor, the Court GRANTS the Stipulation and ORDERS as follows:

1. All discovery and case deadlines remain stayed until January 21, 2027; and
2. The Parties will submit a status report on or before January 21, 2027, regarding the status of settlement.

**IT IS SO ORDERED.**

Dated: November 6, 2026

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE